**Cabanillas & Associates, PC**
Paola D. Vera, Esq.
NJ Attorney ID #011552012
120 Bloomingdale Road Suite 400
White Plains, NY 10605
(914) 418-2019
Cablit@CabanillasLaw.com
*Attorney for Petitioner*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

Civil Action No.: _______________

**CESAR FERNANDO PINA-CASTRO**
**A-236-871-948**

Petitioner,

-against-

**TODD BLANCHE,** Attorney General of the United States;
**MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security;
**TODD M. LYONS**, Acting Director, U.S. Immigration and Customs Enforcement;
**JOHN TSOUKARIS**, Field Office Director, ICE New Jersey; and
**THE WARDEN OF DELANEY HALL DETENTION FACILITY,** in his or his official capacity.

Respondents

-------------------------------------------------------------------X

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Verified Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, the Petition for an Order to Show Cause pursuant to 28 U.S.C. § 2243, and the accompanying Brief in Support, it is hereby:

**ORDERED** that Respondents shall show cause before this Court why a writ of habeas corpus should not issue and why Petitioner's detention should not be declared unlawful; and it is further

**ORDERED** that Respondents shall file and serve a return to the Petition within three (3) days of entry of this Order, showing cause why the writ should not be granted; and it is further

**ORDERED** that Petitioner may file and serve a reply within three (3) days of service of Respondents' return; and it is further

**ORDERED** that pending further Order of this Court, Respondents are enjoined from transferring Petitioner outside the District of New Jersey or removing Petitioner from the United States; and it is further

**ORDERED** that, upon consideration of the parties' submissions, the Court will determine whether to:

1. Grant the writ and order Petitioner's immediate release; and it is further

**ORDERED** that service of this Order, the Petition, and supporting papers shall be made upon the Office of the United States Attorney for the District of New Jersey by electronic means or such other method as permitted by the Federal Rules of Civil Procedure; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Respondents.

**IT IS SO ORDERED.**

Dated: ____________________
Newark, New Jersey

______________________________
UNITED STATES DISTRICT JUDGE